CONNORS, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Rosanna Connors, as, etc., against the Erie Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.